IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| T&S PROPERTY MANAGEMENT, LLC, | ) ) ) | Civil Action No. 1:16-cv-01005-AT |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CINC SYSTEMS, LLC, | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant CINC SYSTEMS, LLC, through its undersigned counsel of record, and pursuant to Local Rule 3.3 respectfully files its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1)    The undersigned Counsel of Record for a party to this action certifies that the following is a full and complete list of all parties to this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

CINC Systems, LLC (whose sole member is 1475 Company, LLC. The members of 1475 Company, LLC are William Blanton and Terrazza Realty

Advisors, LLC.  The sole member of Terrazza Realty Advisors, LLC is William Blanton.)

Other parties as reflected on the pleadings and certificates of other parties:

T & S Property Management Systems, LLC, a/k/a Community   Association Management Services a/k/a CAMS (whose members are David Sweyer and Michael Stonestreet)

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations having either a financial interest in or other interest that could be substantially affected by the outcome of this particular case:

Accounting Integrators, LLC

Vantaca, LLC

David Sweyer

Michael Stonestreet

David Gunn

North State Bank

(3) The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

*Counsel for Plaintiff:*
Eric S. Fisher

2

Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
(770) 434-6868– *Telephone*
(770) 434-7376 – *Facsimile*
efisher@taylorenglish.com


*Counsel for Defendant:*
Gary J. Toman
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLP
3344 Peachtree Road, NE, Suite 2400
Atlanta, Georgia 30326
(404) 876-2700 – *Telephone*
(404) 875-9433 – *Facsimile*
gtoman@wwhgd.com

Noah C. Graubart
Fish & Richardson, PC
1180 Peachtree Street., NE, 21st Floor
Atlanta, Georgia 30309
(404) 892-5005 – *Telephone*
(404) 892-5002 – *Facsimile*
graubart@fr.com

Respectfully submitted this 8th day of April, 2016.

WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC

/s/ Gary J. Toman
Gary J. Toman
Georgia Bar No. 714651
3344 Peachtree Road, NE, Suite 2400
Atlanta, Georgia 30326
(404) 876-2700 – *Telephone*
(404) 875-9433 – *Facsimile*
gtoman@wwhgd.com

FISH & RICHARDSON, PC
Noah C. Graubart
Georgia Bar No. 141862
1180 Peachtree Street., NE, 21st Floor
Atlanta, Georgia 30309
(404) 892-5005 – *Telephone*
(404) 892-5002 – *Facsimile*
graubart@fr.com

*Attorneys for CINC Systems, LLC*

4

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing to be filed with the U.S. District Court's CM/ECF System and that pursuant thereto, a copy of this document has been served upon the following counsel for the other parties by electronic mail as follows:

> Eric S. Fisher, Esq.
> Taylor English Duma LLP
> 1600 Parkwood Circle, Suite 400
> Atlanta, GA 30339
> efisher@taylorenglish.com

This 8th day of April, 2016.

> WEINBERG, WHEELER, HUDGINS,
>  GUNN & DIAL, LLC
>
> /s/ Gary J. Toman
> Gary J. Toman
> Georgia Bar No. 714651