IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| T&S PROPERTY MANAGEMENT, LLC, | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:16-cv-01005-AT |
| Plaintiff, | | |
| v. | | |
| CINC SYSTEMS, LLC, | | |
| Defendant. | | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2016, I caused the OBJECTIONS AND RESPONSES OF NON-PARTY VANTACA LLC TO DEFENDANT'S SUBPOENA TO PRODUCE DOCUMENTS to be served upon counsel for Defendant by electronic mail per the agreement of counsel and the Consent Order as follows:

Gary J. Toman
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, Georgia 30326
gtoman@wwhgd.com

Noah C. Graubart
FISH & RICHARDSON, PC
1180 Peachtree Street., NE, 21st Floor
Atlanta, Georgia 30309
graubart@fr.com

*Attorneys for Defendant*

This 9th day of May, 2016.

/s/Eric S. Fisher
Eric S. Fisher
GA Bar No. 250428
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
efisher@taylorenglish.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2016, a copy of the foregoing was filed by ECF and served upon counsel of record via electronic notification.

/s/Eric S. Fisher
Eric S. Fisher
GA Bar No. 250428